# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

Richmond Division

Mr. Josh Anthony Smith III
Mr. Josh Anthony Smith, III
*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Drucker+Falk
Property Management Company LLC,
Wendy C. Drucker, Sonja Collins,
Regina Harris, Nelly Nunn,
Killian S. Falk, All Listed In Documents
S. Cary Buck, Jamie E LedBetter CEO,
Navigate, Housing PM
*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

SEE Attached 1-8 listed

Case No. **3:20cv864**
(to be filled in by the Clerk's Office)

Jury Trial: (check one)  ☑ Yes  ☐ No

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Mr. Josh Anthony Smith III
   Street Address: 1617 Hrook Rd Apt 154
   City and County: Richmond City
   State and Zip Code: Virginia 23225
   Telephone Number: 804-295-3482
   E-mail Address: SAnthony33@AOL.com

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

**Defendant No. 1**

- Name: Mr. James Ledbetter (CEO)
- Job or Title (if known): CEO, President and Chief of Operation
- Street Address: 11824 Fishing Point Drive Suite A
- City and County: Newport News
- State and Zip Code: VA, 23606
- Telephone Number: 1-919-846-7300
- E-mail Address (if known):

**Defendant No. 2**

- Name: S. Guy Buck, CPA
- Job or Title (if known): Chief Financial Officer
- Street Address: 11824 Fishing Point Dr. Suite A
- City and County: New Point News
- State and Zip Code: Virginia 23606
- Telephone Number: 1-769-245-1541
- E-mail Address (if known):

**Defendant No. 3**

- Name: David Falk
- Job or Title (if known): Managing Director
- Street Address: 11824 Fishing Point Dr. Suite A
- City and County: Newpoint, News
- State and Zip Code: Virginia 23606
- Telephone Number: 1-919-846-7300
- E-mail Address (if known):

**Defendant No. 4**

- Name: Kellie S. Falk, CPM
- Job or Title (if known): Management Director, HCCP MBA
- Street Address: 11824 Fishing Point Dr. Suite A
- City and County: New Point, News VA 23606
- State and Zip Code: Virginia 23606
- Telephone Number: 1-919-846-7300
- E-mail Address (if known):

Defendant Navigate Housing RM

Page 2 of 5

Attached 2

Defendant No. 1
- Name: Joyce Ann Tiede
- Job or Title (if known): P.O.A of James Armstrong (son)
- Street Address: 1017 Hioak Blvd Apt 256
- City and County: Richmond
- State and Zip Code: Virginia 23225
- Telephone Number: 804-318-2103
- E-mail Address (if known): Unknown

Defendant No. 2
- Name: Mr. James Lou Armstrong
- Job or Title (if known): Drug Dealer / Retval convict felony
- Street Address: 1017 Hiooks Rd Apt 256
- City and County: Richmond, Apt 256
- State and Zip Code: Virginia 23225
- Telephone Number: 804-318-2103
- E-mail Address (if known): Unknown

Defendant No. 3
- Name: Charles
- Job or Title (if known): Head of Maintence
- Street Address: 1017 Hiooks Rd (office)
- City and County: Richmond City
- State and Zip Code: Virginia
- Telephone Number: 804-320-6795 (office)
- E-mail Address (if known): Unknown

Defendant No. 4
- Name: Mr. Wallace
- Job or Title (if known): Maintinel Crew
- Street Address: 1017 Hioaks Rd (office)
- City and County: Richmond City
- State and Zip Code: Virginia
- Telephone Number: 804-320-6795 (office)
- E-mail Address (if known):

See Attached 3

Defendant No. 1
- Name: Ms. Regina Harris
- Job or Title (if known): Boss of Ms. Sonya Bank Lisa Collins
- Street Address: 3900 Westerr Parkway Suite 102
- City and County: Richmond, VA 23233
- State and Zip Code: Virginia 23233
- Telephone Number: 804-359-9333, 804-965-5030
- E-mail Address (if known):

Defendant No. 2
- Name: Ms. Sonya Lisa Bank Collins ~~Ms. Sonya LBanks Collins~~
- Job or Title (if known): Property Manger of ~~1017 Hook Rd~~
- Street Address: ~~1017~~ 1017 Hi@ak Rd Chesterfield Se Rd
- City and County: Richmond mond
- State and Zip Code: Virginia ~~23061~~ 23225
- Telephone Number: 804-320-6795
- E-mail Address (if known): Unknown

Defendant No. 3
- Name: Ms. Nelly Nunn
- Job or Title (if known): Sonya Collins Violated In crime
- Street Address: 1017 Hrooks Rd
- City and County: Richmond, Virginia 23225
- State and Zip Code: Virginia 23225
- Telephone Number: 804-320-6795
- E-mail Address (if known):

Defendant No. 4
- Name: M. Everett Clive Collins
- Job or Title (if known): Ms. Sonya Collins Husband Contractor
- Street Address: 4613 Watchspring Drive
- City and County: Richmond,
- State and Zip Code: Virginia 23234   (Home Val. 200K)
- Telephone Number:   Home Val. 220K
- E-mail Address (if known):   2.5 Bath, 1.8C
  Notes Property Sq.

Defendant No. 1

Name: G. Manoli Loupassi
Job or Title (if known): Lawyer
Street Address: 6002 West Broad Street Suite 200
City and County: Richmond City
State and Zip Code: Virginia 23230
Telephone Number: 804-840-6228
E-mail Address (if known): 923.18 U.S.C. 371

Defendant No. 2

Name: Mike Farmer
Job or Title (if known): Renter
Street Address: 1017 Hioaks Rd Apt (240)
City and County: Richmond City
State and Zip Code: Virginia 23225
Telephone Number:
E-mail Address (if known):

Defendant No. 3

Name:
Job or Title (if known):
Street Address:
City and County:
State and Zip Code:
Telephone Number:
E-mail Address (if known):

Defendant No. 4

Name:
Job or Title (if known):
Street Address:
City and County:
State and Zip Code:
Telephone Number:
E-mail Address (if known):

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

The defendant, (name) Drucker + Falk Management Co. LLC is incorporated under the laws of the State of (name) Virginia, and has its principal place of business in the State of (name) Virginia 11504 Fishing Point Dr. St. A [Virginia →] [Virginia]
Or is incorporated under the laws of (foreign nation) Virginia,
and has its principal place of business in (name) (H.Q.) 11504 Fishing Point Dr. St. A Newport News, 23606

(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because (explain):

Breach of Lease, Full Replacement of Commercial Freezer of $3500 Food $2500, Court Inside, Lawyer Pending Fees, ADA Violation, Denial Access To Building USE. Civil Rights, Abuse of Power, Statutes: 36.96(a)-36.96.23, Filling False Court Documents To Out of Eviction of Apt. Fee Violation of Filling Frivolous Law Suit EEOC In Court on Doodtled Day

III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

My Replacement of a Commercial Grade New Freezer and Food $3,560 Pluse Food Inside $2500, Full Payment of Miss Blood treat 2 Dialysis Days $20,000 oo Each Day, per Billing, my Car Towed with Out Notices as to the Rules and Regulations of Lease. Storage Fee $595.00 day without use, My Carpet Cleaning % per Lawyer email.

IV.    Relief

They did Not Pay For Any thing, Harrassment, Pain and Suffering Since 2013 To Present, And Mark the Law Primitive Damages 25 Million

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

See Attached Relief 2B

Fired Sonya Cellne From Company Not More Work, Fired Regina Harrison, Cancel Hud Contract of All property Soi Emotion Distress, Racist, Discrimination to Parking Pilage To Malicious Prosecution, Illege Park. But Not Towed for white white people Sexual Horassmet, illegal Entry Into Apt. when Tenant Not There Filling with out False Acustions. Seeking $680 million In Damages Discrimination To Policy and Procedure Also Rules And Regulations

b. If the defendant is a corporation

The defendant, (name) Drucker + Falk Management Co. LLC, is incorporated under the laws of the State of (name) Virginia, and has its principal place of business in the State of (name) Virginia.

Or is incorporated under the laws of (foreign nation) N/A,

and has its principal place of business in (name) (HQ) 11824 Fishing Point Drive Suite A Newport News VA 023606

(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because (explain):

Breach of lease, Deaf Threats, Civil Rights, ADA Violations Ongoing Filing Frivolus Law Suite, Ongoing Harrasment To The Disabled. Filing Fake and Fake Fraud Documents To Court To get a lease Breach. Discrimination Action Telephone Harrasment, By Sonja Collins To the Disable Rv Letter Refuse To Do Requested written Repairs sent June 11, 2015

III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The Constitution of the United States Amendmen IV, VI, VII,
Fraud = 18. US. 47
A Federal Audit of All Book 2000 million missing
A Cease + Desist Order From Any Harassment
And Threats of Death by Sonja Collins, Nelly Nunn
Sonja Lisa Banks Collins Fired From Company And
Nelly Nunn, Regina Harris, Live Free for 15 years that pay for Full cable with food

IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I seek the Cancelation of the Hud Contracts Title and Ownership of All Personal Property of Sonja Collins and Evette Collins, Family Home, Cars Boat, Copy of All life Insurance (I) as 100% Beneficary, Due to Death Threats Spot All Off Shore Accts, Any Apartment Building or Complex own By with Company or Invest in All dividens Posted For The Last Few Years All profits Earn by Company and Mane. Yacths, Putive Dmges 100 million

The Bedroom Property in my home paid own residin brick (2) with

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

*Federal Fraud 18 USC Code 1031, 923. 18 USC 371*
*18 USC 47 Violations Statute 36.961 - 36.96.23 Civil Rights*
*18 USC. Code ADA Violations - Denial Access To of USE of Broken + Full*
*1031  People can have Full Access of Building USE per Rule and*
*Regulation By Mancfund. Violation of the Reason able Recomadi*

B. **If the Basis for Jurisdiction Is Diversity of Citizenship** *Racist, Discrimination. Ac*

1. The Plaintiff(s) *18 USC Code 1031  923, 18 USC 371 -*

   a. If the plaintiff is an individual *Just H*

      The plaintiff, *(name)* **Mr. Josh Anthony Smith, III**, is a citizen of the State of *(name)* **Virginia**.

   b. If the plaintiff is a corporation

      The plaintiff, *(name)* **NO**, is incorporated under the laws of the State of *(name)* **Virginia**, and has its principal place of business in the State of *(name)* **N/A**.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

      The defendant, *(name)* **Some Kee Sore the Business** is a citizen of the State of *(name)* **Virginia**. Or is a citizen of *(foreign nation)* **N/A**.

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question       [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Federal Fraud (Rental Report) ($200 million) unknown use 18.2-186, USC 3729, 24 CFR 100, 42 USC 3604 (B)(3)(B) Reasonable Accommodation under The Fair Housing Act. 42 USC - 3601-3619, 29 USC § 794 Section 504, 24 CFR Part 8, 42 USC 3604f (2)(b) Filling False Document In Court For Eviction, Abuse of Power

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

801-216.3 Federal False Claim Act (3) USC 3729 Article 9.1

1. The Plaintiff(s)

   a. If the plaintiff is an individual
   
   The plaintiff, *(name)* Mr. Josh Anthony Smith III, is a citizen of the State of *(name)* Virginia.

   b. If the plaintiff is a corporation
   
   The plaintiff, *(name)* N/A, is incorporated under the laws of the State of *(name)* N/A,
   
   and has its principal place of business in the State of *(name)* N/A.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
   
   The defendant, *(name)* Druckels Folk Management LLC, is a citizen of the State of *(name)* Virginia. Or is a citizen of (foreign nation) N/A.

FILED

2020 NOV 10 P 1: 10

DISTRICT COURT
VIRGINIA

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 10/29/2020

Signature of Plaintiff: Josh Ashton Smith III

Printed Name of Plaintiff: Josh Ashton Smith III

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: Pending
Street Address: "
State and Zip Code: "
Telephone Number: "
E-mail Address: "