# CERTIFICATE OF SERVICE

FILED

undersigned hereby certifies that a true copy of the foregoing

2020 NOV 10 P 1:09

WAS Sent By Priority Mail To The

Drucker And Falk Company LLC

At the Address Below !!!

was hand-delivered **or** served by **first class mail** on the _____ 05 _____ day of

November _____ 20 20 _____ to the following:

11824 Fishing Point Drive Suite A
NewPoint, News VA. 23606

ATT. Mr. James LeBetter CEO
Mr. J. Guy Buck CPA
Ms. Killie J. Falk CPM

Josh Anthony Smith [sign]

Josh Anthony Smith [print]

ATT: Lawyor
G. Manoli Loupassi
    of
G. Manoli Loupassi LLC
6002 West Broad Street Suite
    200
Richmond, UA 23230

**Address:**

1017 Hioaks Rd
Apt 154
Richmond, VA 23225

**Telephone:**

804-295-3482

423.18 USC.371 Federal Conspiracy To
hawiyor USED    Commit offense To defraud

Ms. Nelly Nunn
with Ms.
Sonya Collins