Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the

District of

Division

Case No. 3:20 CV 864
*(to be filled in by the Clerk's Office)*

Mr. Sosh Anthony Smith III
*(Plaintiff(s))*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* Ms. Regina Harries

-v-

Druker And Falk Management LLC
Wendy C. Drucker   Sonya Banks-Collins
David C. Falk   (James E. Lebbellor)
Kellie J. Falk           CEO
S. Guy Buck

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Jury Trial: *(check one)*  ☑ Yes  ☐ No

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Mr. Sosh Anthony Smith, III
   Street Address: 1017 Hioaks Rd Apt 164
   City and County: Richmond, Virginia 23225
   State and Zip Code: Virginia 23225
   Telephone Number: 804-295-3482
   E-mail Address: soshanthony47@gmail.com

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of

1 A

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
- Name: Wendy C. Drucker
- Job or Title (if known): CPM
- Street Address: 11824 Fishing Point Drive Suite A
- City and County: Newport News
- State and Zip Code: Virginia 23606
- Telephone Number: 1-919-846-7300 / 757-245-1541
- E-mail Address (if known): unknown

Defendant No. 2
- Name: David Falk
- Job or Title (if known): Managing Director
- Street Address: 11824 Fishing Point Drive Suite A
- City and County: Newport News
- State and Zip Code: Virginia 23606
- Telephone Number: 1-919-846-7300
- E-mail Address (if known): unknown

Defendant No. 3
- Name: Kellie J. Falk
- Job or Title (if known): CPM
- Street Address: 11824 Fishing Point Drive Suite A
- City and County: Newport News
- State and Zip Code: Virginia 23606
- Telephone Number: 1-919-846-7300
- E-mail Address (if known):

Defendant No. 4
- Name: Everett Clive Collins
- Job or Title (if known): Contractor
- Street Address: 4613 Watchsong Drive
- City and County: Richmond
- State and Zip Code: Virginia 23234
- Telephone Number: unknown
- E-mail Address (if known): unknown  DOB 1/31/54

1B

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**Defendant No. 1**
Name: Mr. James Ledbetter (CEO)
Job or Title (if known): CEO, President and Chief of Operations
Street Address: 11824 Fishing Point Drive, Sea U Osceile A
City and County: Newport News VA
State and Zip Code: Virginia 23606
Telephone Number: 919-846-7300
E-mail Address (if known): unknown

**Defendant No. 2**
Name: J. Guy Buck, CPA
Job or Title (if known): Chief Financial Officer
Street Address: Newport News — 11824 Fishing Point Dr. Suit A
City and County: New Point News
State and Zip Code: Virginia 23606
Telephone Number: 759-245-1541
E-mail Address (if known): unknown

**Defendant No. 3**
Name: Sonya-Banks Collins
Job or Title (if known): Property Manager at 1017 Hooks Rd Apt Complex
Street Address: 4613 Watchspring Drive
City and County: Richmond, VA
State and Zip Code: Virginia 23139
Telephone Number: unknown
E-mail Address (if known): unknown

**Defendant No. 4**
Name: Regina Harris
Job or Title (if known): Boss of Sonya Banks Collins Drucker & Falk Management
Street Address: 11824 Fishing Point Drive Suite A
City and County: Richmond
State and Zip Code: Virginia 23606
Telephone Number: 804-357-9333
E-mail Address (if known): unknown rharris@drucker raharris@druckerandfalk.com

Page 2 of 5

1c

**WESTIN**
HOTELS & RESORTS

NAME: Ms. Nelly Nunn — Staff
Property Manager Assistant
1017 Hook Rd Rent Office
Richmond, VA 23225
City: 
State: Virginia
Zip: 23225
Phone: 804-615-3908

Name: Mr. Wallace crew/Staff
Title: Maintenance
Address 1017 Hook Rd
Rent Office
City: Richmond
State/Zip: Virginia 23225
Phone: 804-615-3908

Name: Mr. Charles — Maintenance crew Staff
Rent Officers 1017 Hooks Rd
Zip City: Richmond, Virginia Rent Offices
State: Virginia
Zip: 23225
Phone: 804-615-3908

Mr Everett Clive Collins
4613 Watchspring Drive
Richmond
Virginia
Zip: 2324

1. The List of All Names and Address of Business Personnel of Drucker & Falk Manageing VIP Personell who is Also cotract By the United State Housing Development.

D.A

2. Drucker & Falk Is contracted As the property Mangemnt company For The United State Housing Development The Govenmnt Pay Drucker & Falk Tenant Percentage Mantly Rent. Which is Base on Income. This why the court has jurisdiction over This Case. Also, The must fellow The Rules And Regulatory set fronth by HUD.

(3) The Legal Claims

The Civil Rights of 1968
The Virginia Resident Landlord Tentent Act,
Harassment The Disable (Violation)
of the American with Disabilities Act

8. U.S. Code § 1324c Filling A False document for Fraud.

18.2-461 Effective March 11, 2020 Falsely Summony or giving A False statement ~~For back~~ For eviction Notices.

Slander =

18.2-121 illegal Entry. To ~~distrop~~ distroy evidence.

Abuse of Power By Manegimt Drucker & Falk manegmt co. LLC
A Ad CFO Same Lebbetter, Sonya colling
~~Regmie Harris~~ To Be ~~Remove~~ Fired, Hue
Contract To Conceal ASAP.
He Fail To Act. To Problems



1. Violation of Americans with Disabilities Act
   B. Harrassment Since 2013
   C. Emotinal Distress To the Disable
   D. Slander
   C. Defamation of Character
   (E) Lease Violations By Manegent ~~Sonya~~ Sonya Collins Regina Harris Drucker & Falk LLC James Ledbetter CEO

2. Illege Entry To Apartmet without do cause But To destroyer Evidence. By order of upper mangemnt

3. Amendment IV of the U.S. Constitution

4. Illegely Towing My Car as to the Apartmnt Rutes and Relation. FAlue to To Give Notice as Stated In the Leate agreemt.

5. Racism Discrimation Federal Protection Against National Origin Discrimination

The Statements of Facts

(#5) Relief I Seek (5)

(A). I am seeking $5,532 Dollars For Not Following the Managments Repersetive Sonya Banks Collins Not Violation of my tenlent Rights. Under the Landlord Tenet Act and HUD Guideline and Policy Set Forth In hud Contract. Illegle Towing my CAR with out providing Any written Notices Before Towing my CAR.

(B). I am Seeking As well For Item Listed Below:

The cost For my Upright 6'4 Ft 28 wide Freezer comm:cal Grade $2,800

The Food inside That I was Told To Get Ride of By Ms. Sonya Bank Collins and Ms. Regina Harries. OR get Put out Having A Freezer In My Apt. Is Not Lease Nor a Rule Violation.

The Food Inside = ~~$16,000~~ montly $400 Donations onel Food Banks Wasted and Food / Koger and Publie Total

C). Reimburse For Carpets Cleaning Plus intrest To date see invoice The Apartment Mangement WAS To cover after I paid $30% They Paid Nothing Owed To me $150.00

D. The Remibursemet of moving Services For Freezer and Other Items as Demanded By Sonya Book and Regina Harris and Manegent CEO $800 Plus intrest To present = $1,200 Rounded up.

E) Reimbursement For out of Pocket Expenses of food From Schawn Food Products, Food Lion, Kroger. Etc. $4,500.00

E) Pain, Suffering, Inconvenien, Emotional Distress, Metal Anguish $15,995.00

E) All Divivend Not Paid From Net Profits From Being a property manegmt Investment LLC, I Have Not Recieved Any funds from profits as a stock Holder. To Present.



Certificate of Membership

Chesterfield Square Mutual Homes, Inc.

Organized Under the Laws of the State of Maryland

CERT. NO. 765

Authorized 1,000 shares of $100.00 Par Value Each

This Certifies That Josh Smith is a member of Chesterfield Square Mutual Homes, Inc. a corporation not for pecuniary profit, with all the rights, but subject to all the conditions granted or imposed by the By-laws of said Corporation now or at any time hereafter in force and effect.

In Witness Whereof, the said corporation has caused this Certificate to be signed by its duly authorized officers,

4th day of June A.D. 2013

_____ SECRETARY

_____ PRESIDENT

(G).

Ms. Sonya Banks Collins and Regina Harries. To Be Fired From working In Building and From Company. She is A Bully To the Disable. While People Do Not have To Fellow the Rules And Reglations They Have Plege While Block People will get put out Notices when there Is a "issue with a with peepl In the Building. You Never come Face To Face In a meeting To Face your Acuser.